IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO GUTIERREZ,

    Petitioner,                   No. 2:12-cv-2039 EFB P

    vs.

THE PEOPLE,

    Respondent.          ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Petitioner challenges a conviction in the Kern County Superior Court and so this action should have been commenced in the district court in Fresno. E.D. Cal. Local Rule 120(d).

    Accordingly, it is hereby ordered that:

    1. This action is transferred to the district court in Fresno. *See* E.D. Cal. Local Rule 120(f).

    2. The Clerk of Court shall assign a new case number.

////

////

////

1     3. All future filings shall bear the new case number and shall be filed at:

2         United States District Court
        Eastern District of California
3         2500 Tulare Street
        Fresno, CA 93721

5 DATED: August 8, 2012.

                        EDMUND F. BRENNAN
                        UNITED STATES MAGISTRATE JUDGE